PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
(973) 645-2736
LAB0321

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>Michael Rice,<br><br>             Defendant. | Hon. William H. Walls<br><br>Criminal Action No. 98-142<br><br>ORDER TO SHOW CAUSE |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (Leah A. Bynon) Assistant U.S. Attorney, appearing), attorney for plaintiff United States, for an Order directing the defendant, Michael Rice, to show cause why defendant should not be adjudged guilty of contempt of the Court for failure to obey its lawful Order of August 24, 2010, directing defendant to produce financial information and appear for discovery in the office of the United States Attorney, Financial Litigation Unit, on September 30, 2010, and the defendant having failed so to do, and for good and sufficient cause shown;

IT IS on this 9 day of November, 2010,

ORDERED that defendant appear before this Court at Newark, New Jersey, on December 7, 2010 at 10. a.m. and show cause why defendant should not be held in contempt and punished therefore; and it is further

ORDERED, that the United States Marshal is directed to make personal service of this Order upon the defendant.

_____
HON. WILLIAM H. WALLS, JUDGE
UNITED STATES DISTRICT COURT